IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

TRAVIS YOUNG,　　　　　　　　　　 )
　　　　　　　　　　　　　　　　　　 )
　　　Petitioner,　　　　　　　　　 )
　　　　　　　　　　　　　　　　　　 )
v.　　　　　　　　　　　　　　　　　 )　　CASE NO. CV418-201
　　　　　　　　　　　　　　　　　　 )
UNITED STATES OF AMERICA,　　　　　 )
　　　　　　　　　　　　　　　　　　 )
　　　Respondent.　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　 )

**O R D E R**

Before the Court is the Magistrate Judge's Report and Recommendation, to which no objections have been filed. (Doc. 3.) After a careful review of the record, the report and recommendation is **ADOPTED** as the Court's opinion in this case. As a result, Petitioner's 28 U.S.C. § 2255 motion is **DENIED**. In addition, Petitioner is not entitled to a Certificate of Appealability ("COA"), rendering moot any request for in forma pauperis status on appeal. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 5th day of March 2019.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

